# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SYLVIA SWANSON,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART INC., WAL-MART STORES EAST, LP, AND WAL-MART REALTY COMPANY,<br><br>    Defendants. | JURY TRIAL DEMANDED<br><br>CIVIL ACTION FILE NO. _____ |

## NOTICE OF REMOVAL BY DEFENDANTS WALMART INC., WAL-MART STORES EAST, LP AND WAL-MART REALTY COMPANY

COME NOW Defendants Walmart Inc., Wal-Mart Stores East, LP and Wal-Mart Realty Company (herein collectively referred to as "Walmart") and without waiving defenses, respectfully file this Notice of Removal to the United States District Court for the Northern District of Georgia, Atlanta Division, showing the Court as follows:

1.

On October 11, 2021, Plaintiff filed this personal injury suit against Walmart in the State Court of Gwinnett County, Georgia, which is located in the Northern District of this Court. 28 U.S.C.A. § 90(a)(2). Exhibit A to this Notice includes copies of all process, pleadings, and orders received by Walmart in this action.

2.

Plaintiff's Complaint alleges that Walmart and its employees failed to exercise reasonable care in keeping Plaintiff safe at Defendant's store located at 4221 Atlanta Highway, Loganville, Georgia (the "store") and that, as a result, Plaintiff was injured when she "fell in the parking lot walking towards the entrance due to a deep hole in the parking lot." (Exhibit A, Complaint at ¶ 11 and Counts One, Two and Three).

3.

Plaintiff alleges that she "suffered injuries and damages, including medical and other necessary expenses, and mental and physical pain and suffering. These injuries are permanent, and, in the future, Plaintiff will suffer medical and other necessary expenses, and mental and physical pain and suffering. Plaintiff's medical expenses to date total $148,597.58." Plaintiff's Complaint seeks "compensatory and other damages from Defendant in an amount to be proven at trial." (Exhibit A, Complaint, ¶¶ 18, 19, Prayer for Relief).

4.

Plaintiff Sylvia Swanson is a citizen and resident of the state of Georgia. (Exhibit A, Complaint at ¶1; Exhibit B, Gwinnett Emergency Specialists, P.C.

invoice).

5.

Walmart Inc. is a Delaware Corporation with its principal place of business in Arkansas and is not a citizen of the State of Georgia at the time of, or immediately prior to, the filing and service of this lawsuit, or at any time thereafter. (Exhibit C).

6.

Walmart Stores East, LP is the entity that operates and maintains the store. It is a Delaware limited liability partnership, of which WSE Management, LLC (a Delaware limited liability company) is the general partner and WSE Investment, LLC (a Delaware limited liability company) is the limited partner. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC, an Arkansas limited liability company. Wal-Mart Stores East, LLC is a wholly-owned subsidiary of Walmart Stores, Inc., a Delaware corporation.  As such, Wal-Mart Stores East, LP is not a citizen of the State of Georgia at the time of, or immediately prior to, the filing and service of this lawsuit, or at any time thereafter.  (Exhibit D).

7.

Walmart Realty Company is a Delaware Corporation with its principal place

of business in Arkansas and is not a citizen of the State of Georgia at the time of, or immediately prior to, the filing and service of this lawsuit, or at any time thereafter. (Exhibit E).

8.

Therefore, complete diversity of citizenship exists between Plaintiff, a resident of the State of Georgia, and the named Defendants, Delaware business entities residing in Arkansas.

9.

Assuming Plaintiff were to prevail on the claims set forth in her Complaint of medical expenses exceeding $148,500.00 and pain and suffering, liability for which Walmart expressly denies, a permissible award at trial would likely be in excess of $75,000.00, exclusive of interests and costs. Plaintiff has previously demanded $1,000,000.00 in settlement of her claims. (Exhibit F, Demand letter dated February 23, 2021).

10.

Walmart has timely removed this case pursuant to 28 U.S.C.A. §1446(b)(3) which states, "[I]if the case stated by the initial pleading is not removable, a notice of removal may be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other

paper from which it may first be ascertained that the case is one which is or has become removable." This removal is filed within thirty (30) days of service on Walmart. (Exhibit G, Service of Process Transmittal).

11.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1332(a) and 1441 because complete diversity exists between the proper parties to this action and the amount in controversy exceeds $75,000.00.

12.

Pursuant to the provisions of 28 U.S.C. § 1446, Defendants have attached (as Exhibit A) copies of all process, pleadings, and orders served on and filed by Defendants in the State Court of Fulton County, Georgia for the above-styled case.

13.

Pursuant to 28 U.S.C. § 1447, Defendants are not required to file a removal bond.

14.

Written notice of the filing of this Notice of Removal will be given to all parties as required by 28 U.S.C. § 1446 per the attached certificate of service.

15.

A true and correct copy of this Notice of Removal will be filed with the Clerk of State Court of Gwinnett County, Georgia, as required by 28 U.S.C. § 1446.

WHEREFORE, Defendants pray that this lawsuit be removed to the United States District Court for the Northern District of Georgia, Atlanta Division, that this Court take cognizance and jurisdiction over this claim from the State Court of Gwinnett County, Georgia, and that this action shall proceed as removed and under this Court's jurisdiction pursuant to 28 U.S.C. §1332.

Respectfully submitted, this 12th day of November, 2021.

**DREW ECKL & FARNHAM, LLP**

/s/ Hall F. McKinley, III
_____
Hall F. McKinley, III
Georgia Bar No. 495512
Michael L. Miller
Georgia Bar No. 508011
Douglas G. Smith, Jr.
Georgia Bar No. 656005
*Attorneys for Walmart*

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia  30308
(404) 885-1400
MckinleyH@deflaw.com
MillerM@deflaw.com
dgsmith@deflaw.com

**CERTIFICATE OF FONT COMPLIANCE**

Counsel for Defendants hereby certifies that the forgoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

This 12th day of November, 2021.

                                                    **DREW ECKL & FARNHAM, LLP**

                                                    */s/ Hall F. McKinley, III*
                                                    _____
                                                    Hall F. McKinley, III
                                                    Georgia Bar No. 495512

303 Peachtree Street, N.E.
Suite 3500
Atlanta, Georgia 30308
(404) 885-6147
MckinleyH@deflaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a true and correct copy of the foregoing *Notice of Removal* to the parties via e-mail and by filing with the Court's electronic filing system, which automatically sends notice to the following counsel of record:

Mathew K. Titus
Titus Law, LLC
5755 North Point Parkway, Ste. 88
Alpharetta, GA 30022
mathew@titus-law.com
***Attorneys for Plaintiff***

This 12th day of November, 2021.

          **DREW ECKL & FARNHAM, LLP**

          /s/ *Hall F. McKinley, III*
          _____
          Hall F. McKinley, III
          Georgia Bar No. 495512
          *Attorneys for Walmart*

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia  30308
(404) 885-1400
MckinleyH@deflaw.com
12086266/1
05695-216734